# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Nicholas Savino
_____

_____
Write the full name of each plaintiff.

17CV 7924
CV
(Include case number if one has been assigned)

-against-

The New York Times Newspaper
_____

MSNBC Cable Network
_____

Fox News Media Company
_____

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes     ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

18 U.S. Code § 241 - Conspiracy against rights

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , Nicholas Savino _____ , is a citizen of the State of
(Plaintiff's name)

New Jersey
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                         (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, The New York Times Newspaper, is incorporated under the laws of

the State of New York _____

and has its principal place of business in the State of New York _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Nicholas                                          Savino
_____
First Name                    Middle Initial      Last Name

59 Burlington Street
_____
Street Address

Bergen, Norwood                   New Jersey          07648
_____
County, City                       State              Zip Code

(817) 915-2213                    ndsavino@msn.com
_____
Telephone Number                   Email Address (if available)

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of

             (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, **MSNBC Cable Network** , is incorporated under the laws of

the State of **New York**

and has its principal place of business in the State of **New York**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

**Nicholas**                                          **Savino**

First Name                    Middle Initial          Last Name

**59 Burlington Street**

Street Address

**Bergen, Norwood**                 **New Jersey**        **07648**

County, City                              State            Zip Code

**(817) 915-2213**                  **ndsavino@msn.com**

Telephone Number                   Email Address (if available)

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, Fox News Media Company, is incorporated under the laws of

the State of New York _____

and has its principal place of business in the State of New York _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Nicholas | | Savino |
|---|---|---|
| First Name | Middle Initial | Last Name |

59 Burlington Street
_____
Street Address

| Bergen, Norwood | New Jersey | 07648 |
|---|---|---|
| County, City | State | Zip Code |

| (817) 915-2213 | ndsavino@msn.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

_____
First Name                              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                         State                    Zip Code

Defendant 2:

_____
First Name                              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                         State                    Zip Code

Defendant 3:

_____
First Name                              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                         State                    Zip Code

Defendant 4:

| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   324 N Main St, Carbondale, PA - 59 Burlington Street, Norwood, NJ

Date(s) of occurrence:   1/1/12 - 4/1/15

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached pages.

Defendant 4: _____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                        State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   107 Jorpark Circle, Spencerport, NY
_____

Date(s) of occurrence:   6/25/15
_____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached pages.
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 5

Defendant 4:

_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  Subway 29 NY-303, Tappan, NY

Date(s) of occurrence:  ~1/15/17

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached pages.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Defendant 4:

| First Name | Last Name |
|---|---|

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   59 Burlington Street, Norwood, NJ

Date(s) of occurrence:   1/27/17

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached pages.

Page 5

Defendant 4: _____

                First Name             Last Name

                Current Job Title (or other identifying information)

                Current Work Address (or other address where defendant may be served)

                County, City           State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 59 Burlington Street, Norwood, NJ

Date(s) of occurrence: 8/17/17

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached pages.

Defendant 4:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                  State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   230 E Ridgewood Ave, Paramus, NJ

Date(s) of occurrence:   10/1/17

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached pages.

Page 5

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I suffered severe stress and I was on anti depression and anti psychotic medication and

sought treatment at a mental health facility.

_____
_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

The last 6 years of past engineering salary ($55/hr), $686,400.00 and until retirement,

$1,830,400, amount of $2,516,800.

_____
_____
_____

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.**

| 10/11/17 | | | _Neely Savino_ |
|---|---|---|---|
| Dated | | | Plaintiff's Signature |
| **Nicholas** | | | **Savino** |
| First Name | Middle Initial | | Last Name |
| **59 Burlington Street** | | | |
| Street Address | | | |
| **Bergen, Norwood** | | **New Jersey** | **07648** |
| County, City | | State | Zip Code |
| **(817) 915-2213** | | **ndsavino@msn.com** | |
| Telephone Number | | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicholas Savino            COMPLAINT
   against
The New York Times Newspaper
MSNBC Cable Network
Fox News Media Network


STATEMENT OF JURISDICTION AND VENUE

The jurisdiction of this Honourable Court has been invoked under 18 U.S. Code § 241
challenging the jurisdiction of The New York Times Newspaper, MSNBC Cable Network and Fox
News Media Network to stop phone and computer hacking intended to incite crimes. It is
humbly submitted that this Honourable Court has jurisdiction over the matter.


STATEMENT OF FACTS

1.  MSNBC Cable Network on April 1, 2015 illustrated and Fox News Media Network confirmed
the intent of thier webpage on April 2, 2015 my work on the impact cushioning of military
helmets that took place during August 2011 - August 2013. Also, during the time period of early
2012 The New York Times had posted a picture of a woman throwing down a paper airplane
right after I had been speakinig for a very long time to the FAA concering the requirement of my
medical for my private pilot's license. See exhibt #1.

2.  I wrote a letter on June 25, 2015 to General Martin Dempsey Chairman of the Joint Chiefs of
Staff concerning financial criminal activity taking place in the stock markets and two days later
MSNBC Cable Network made reference to General Martin Dempsey as 'son' 33.3, between the
50 and 25% on a musical scale, that they people in part at MSNBC were going to 'dine on the
33.3 level' and continue to commit criminal financial activity. Fox News Media Network on
4/14/17 made reference to the MSNBC 6/27/15 webpage See exhibit #2.

3.  On January 10, 2015 the people at MSNBC Cable Network made reference to me on their
webpage along with finanical criminal activity that they need to go insane and commit a serious
crime and Fox News Media Netwrok confirmed the intent of their webpage on January 17, 2017
shortly after I had submitted the MSNBC January 10, 2016 evidence to the FBI. I live at 59
Burlington Street, I was born on September 12, 1971 and I look like Aaron Rodgers. See exhibit
#3.

4.  On or about January 15, 2017 I had just been in a Subway restaurant and watched Israeli
Nuclear Submarine video and also just watched Watters' World: Chinatown edition. Fox News

Media Network hacked my phone and made reference to MSNBC 1 10 16 webpage that the people in part at MSNBC were trying to make me insane and make me do evil, draw blood and harm others on their January 17, 2017 webpage. Also, I was born on September 12, 1971 and I look like Aaron Rodgers. See exhibit #4.

5.  On January 28, 2017 The New York Times Newspaper made reference and posted an <u>EXACT</u> picture as the MSNBC January 10, 2016 webpage that I had just a couple of months prior emailed to the FBI, involving me in financial criminal activity. I had just wrote to the FBI on January 27, 2017 to be aware of continued financial criminal activity in the next Investment Opportunity in America in 2018 - 2019. It is not possible for The New York Times to obtain the information within one day of my complaint to the FBI on January 27, 2017 unless they are phone and computer hacking.  See exhibit #5.

 6. On August 18, 2017 The New York Times Newspaper made referrence, by posting a picture of people around a sewer on thier front page, to an email I sent to the United States Department of Justice on August 17, 2017 concerning the ISIS terror attack in Spain. See exhibit #6.

7. On October 1, 2017 The New York Times Newspaper made reference by posting a picture of a broken bridge in Puerto Rico to me being at New Bridge Medical Center. New Bridge Medical Center is the new name and just had it's name changed from on October 2, 2017 Bergen Regional Medical Center. See exhibit #7.


REMEDY REQUESTED

$2,516,800.


THE CASE DECIDED BY A JURY AT TRIAL

JURY DEMANDED.

_Nicholas Savino_ 10/11/17
Nicholas Savino

59 Burlington Street
Norwood, NJ, 07648
ndsavino@msn.com
(817) 915-2213

Table of Contents

Own Complaint Form

Complaint Form

Summary

Investing opportunity and reporting criminal financial activity emails

Exhibit #1
    Places of occurence:  Gentex at 324 N Main St. Carbondale, PA - 59 My
          home at Burlington Street, Norwood, NJ
    Dates of occurence:  1/12/15 - 4/1/15

    Evidence:  MSNBC 4/1/15 webpage
          Fox News 4/2/15 webpage

Exhibit #2
    Places of occurence:  My work apartment 107 Jorpark Circle, Spencerport, NY
    Dates of occurence:  6/25/15

    Evidence:  MSNBC 6/27/15 webpage
          Fox News 4/14/17 webpage

Exhibit #3
    Places of occurence:  My home at Burlington Street, Norwood, NJ
    Dates of occurence:  1/10/16

    Evidence:  MSNBC 1/10/16 webpage
          Fox News 1/17/17 webpage

Exhibit #4
    Places of occurence:  Subway 29 NY-303, Tappan, NY
    Dates of occurence:  ~1/15/17

    Evidence:  Fox News 1/17/17 webpage

Exhibit #5
    Places of occurence:  My home at Burlington Street, Norwood, NJ
    Dates of occurence:  1/27/17

    Evidence:  The New York Times 1/28/17 newspaper
          Fox News 1/17/17 webpage
          MSNBC 1/10/16 webpage

Octave Vibration Growth Beyond the First Octave with Duality S&P500 2009 - 2015
Octave Vibration Growth Beyond the First Octave with Duality S&P500 2015 - 2017
Octave Vibration Growth Beyond the First Octave with Duality S&P500 2018 - 2019
The 17.5 Year Cycle Structure as Determined by the 70 Year Cycle
FBI emails

Exhibit #6
Places of occurence:  My home at Burlington Street, Norwood, NJ
Dates of occurence:  8/17/17

Evidence:  The New York Times 8/18/17 newspaper
           Fox News 4/2/15 webpage
           United State Department of Justice Emails

Exhibit #7
Places of occurence: New Bridge Regional Medical Center
Dates of occurence: 10/1/17

Evidence:  The New York Times 10/1/17 newspaper

SUMMARY

In the free exercise of my rights, in the United States of America during the time period of 2012 - Present, have been tramatically violated by The New York Times, MSNBC and Fox News.

I have during this time period reached out to individuals sharing future opporunities in the stock market and the chance for bettering ones life. As a result, The New York Times, MSNBC and Fox News have targeted me and my work.

1

INVESTING OPPORTUNITIES AND CRIMINAL FINANCIAL ACTIVITY

----- Forwarded Message -----
 From: Nicholas D. Savino ndsavino@yahoo.com
 To: FBI Disaster <disaster@leo.gov>; Pentagon <dirwebmaster@whs.mil>; Pentagon <media@defenselink.mil>
Cc: "feedback@foxbusiness.com" <feedback@foxbusiness.com>; "oreilly@foxnews.com" <oreilly@foxnews.com>; "scoop@huffingtonpost.com" <scoop@huffingtonpost.com>; "cycletrader@yahoogroups.com" <cycletrader@yahoogroups.com>; "madmoney@cnbc.com" <madmoney@cnbc.com>; "kudlow@cnbc.com" <kudlow@cnbc.com>; "powerlunch@cnbc.com" <powerlunch@cnbc.com>; "closingbell@cnbc.com" <closingbell@cnbc.com>; Patti  Domm <marketinsider@cnbc.com>; "huffpostbiz@gmail.com" <huffpostbiz@gmail.com>; "bullsandbears@foxnews.com" <bullsandbears@foxnews.com>; "cavuto@foxnews.com" <cavuto@foxnews.com>; "cash@foxnews.com" <cash@foxnews.com>; "refounders@foxnews.com" <refounders@foxnews.com>; "jcarrigan@bloomberg.net" <jcarrigan@bloomberg.net>; "jrandow@bloomberg.net" <jrandow@bloomberg.net>; "afrye@bloomberg.net" <afrye@bloomberg.net>; "sharrington6 @bloomberg.net" <sharrington6@bloomberg.net>; "shamilton8@bloomberg.net" <shamilton8 @bloomberg.net>; achoudhury@bloomberg.net
 <achoudhury@bloomberg.net>; "kjensen@bloomberg.net" <kjensen@bloomberg.net>; "llitvan@bloomberg.net" <llitvan@bloomberg.net>; "njohnston3@bloomberg.net" <njohnston3@bloomberg.net>; "jgoldman6@bloomberg.net" <jgoldman6@bloomberg.net>; "dolmos@bloomberg.net" <dolmos@bloomberg.net>; "fjackson@bloomberg.net" <fjackson@bloomberg.net>; "dcancel@bloomberg.net" <dcancel@bloomberg.net>; "crpons@bloomberg.net" <crpons@bloomberg.net>; "okinnander@bloomberg.net" <okinnander@bloomberg.net>; "kmerx@bloomberg.net" <kmerx@bloomberg.net>; "Sue.Cameron@ft.com" <Sue.Cameron@ft.com>; "john.gapper@ft.com" <john.gapper@ft.com>; "brian.groom@ft.com" <brian.groom@ft.com>; "jonathan.guthrie@ft.com" <jonathan.guthrie@ft.com>; "emma.jacobs@ft.com" <emma.jacobs@ft.com>; "James.Kynge@ft.com" <James.Kynge@ft.com>; "wolfgang.munchau@ft.com" <wolfgang.munchau@ft.com>; "david.pilling@ft.com" <david.pilling@ft.com>; "gideon.rachman@ft.com" gideon.rachman@ft.com;
 "robert.shrimsley@ft.com" <robert.shrimsley@ft.com>; "michael.skapinker@ft.com" <michael.skapinker@ft.com>; "philip.stephens@ft.com" <philip.stephens@ft.com>; "gillian.tett@ft.com" <gillian.tett@ft.com>; "gary.silverman@ft.com" <gary.silverman@ft.com>; "caroline.daniel@ft.com" <caroline.daniel@ft.com>; "james.mackintosh@ft.com" <james.mackintosh@ft.com>; "executive-editor@nytimes.com" <executive-editor@nytimes.com>; "news-tips@nytimes.com" <news-tips@nytimes.com>; "bizday@nytimes.com" <bizday@nytimes.com>; "managing-editor@nytimes.com" <managing-editor@nytimes.com>; "ralph.vartabedian@latimes.com" <ralph.vartabedian@latimes.com>; "ken.bensinger@latimes.com" <ken.bensinger@latimes.com>; "smallbiz@latimes.com" <smallbiz@latimes.com>; "letters@latimes.com" <letters@latimes.com>; "michael.hiltzik@latimes.com" <michael.hiltzik@latimes.com>; "david.lazarus@latimes.com" <david.lazarus@latimes.com>; "tom.petruno@latimes.com" tom.petruno@latimes.com;
 "jerry.hirsch@latimes.com" <jerry.hirsch@latimes.com>; "jessica.guynn@latimes.com" <jessica.guynn@latimes.com>; "rob.cox@thomsonreuters.com" <rob.cox@thomsonreuters.com>; "wsj.ltrs@wsj.com" <wsj.ltrs@wsj.com>; "nywireroom@dowjones.com" <nywireroom@dowjones.com>; "michael.phillips@wsj.com"

<michael.phillips@wsj.com>; "li.bendavid@wsj.com" <li.bendavid@wsj.com>;
"alkman.granitsas@dowjones.com" <alkman.granitsas@dowjones.com>;
"costas.paris@dowjones.com" <costas.paris@dowjones.com>; "matt.phillips@wsj.com"
<matt.phillips@wsj.com>; "kristina.peterson@dowjones.com"
<kristina.peterson@dowjones.com>; "donna.yesalavich@dowjones.com"
<donna.yesalavich@dowjones.com>; "shri.navaratnam@dowjones.com"
<shri.navaratnam@dowjones.com>; "naftali.bendavid@wsj.com" <naftali.bendavid@wsj.com>;
"peter.mckay@wsj.com" <peter.mckay@wsj.com>; "laura.meckler@wsj.com"
<laura.meckler@wsj.com>; "sarah.needleman@wsj.com" <sarah.needleman@wsj.com>;
letters@usatoday.com
<letters@usatoday.com>; "mkrantz@usatoday.com" <mkrantz@usatoday.com>;
"me@glennbeck.com" <me@glennbeck.com>; Webmaster church of england
<webmaster@churchofengland.org>; Webenquiries Church of Scotland
<webenquiries@cofscotland.org.uk>; News church of ireland <news@ireland.anglican.org>;
Daystar <partners@daystar.com>; Washpost <postnow@washpost.com>; "SM Times  Times,
Times Letters" <timesletters-sm@thetimes.co.uk>
Sent:
 Thursday, May 3, 2012 12:03 AM
 Subject: Fw: The Seals Are Opened


Dear FBI,
 Can you please share with the American people the attached Pi Cycle Forecast's of the DJIA for
the past decade and also explain to the American people why only for the year 2011 did the Pi
Cycle invert and the discrepancy for the beginning of 2012?
 Kind Regards,
 Nicholas D. Savino


----- Forwarded Message -----
 From: Nicholas D. Savino ndsavino@yahoo.com
 To: mail@primeminister.gr; info@parliament.gr; minister@minfin.gr;
editor@ekathimerini.com; athensnews@athensnews.eu; classified@athensnews.eu
Cc: bizday@nytimes.com; bullsandbears@foxnews.com; caroline.daniel@ft.com;
cash@foxnews.com; cavuto@foxnews.com; closingbell@cnbc.com;
cycletrader@yahoogroups.com; david.lazarus@latimes.com; david.pilling@ft.com;
emma.jacobs@ft.com; executive-editor@nytimes.com; feedback@foxbusiness.com;
gary.silverman@ft.com; gideon.rachman@ft.com; gillian.tett@ft.com; james.kynge@ft.com;
james.mackintosh@ft.com; jerry.hirsch@latimes.com; jessica.guynn@latimes.com;
john.gapper@ft.com; johnkay@johnkay.com; kathy.kristof@latimes.com;
ken.bensinger@latimes.com; kudlow@cnbc.com; laura.meckler@wsj.com;
letters@latimes.com; letters@usatoday.com; madmoney@cnbc.com; managing-
editor@nytimes.com; marketbeat@wsj.com; me@glennbeck.com; michael.skapinker@ft.com;
news-tips@nytimes.com; nywireroom@dowjones.com; oreilly@foxnews.com;
marketinsider@cnbc.com; philip.stephens@ft.com; powerlunch@cnbc.com;
scoop@huffingtonpost.com; smallbiz@latimes.com; wsj.ltrs@wsj.com

Sent: Wednesday, April 25, 2012 2:06 PM
Subject: Fw: The Seals Are Opened

Dear Prime Minister,

Greece is currently being unfairly targeted and victimized by other EU countries by exasperating your financial status and in currently trying to remove the civil liberties and freedoms of your country.  These countries are intentionally undermining your country for their own prosperity.

Please see attached 70 year cycle structure article encompassing the entire history of the United States of America Stock Market. There will be a tremendous investing opportunity in the summer of 2013 in the United
 States of
 America and also Europe where the 70 year cycle shows a bottom.  This is one of the greatest investing opportunities for people everywhere around the world to invest in the stock markets. Investment by the Greek Government and Greek people at this time can greatly diminish and even solve your financial problems.


In honor, worship and in following our holy savior, Jesus Christ that
 this is possible.

Kind Regards,
 Nicholas D. Savino



----Forwarded Message----
 From: ndsavino@yahoo.com
 To: cdf@cfaith.va
 Cc: bizday@nytimes.com, bloomberg@bloomberg.net, bullsandbears@foxnews.com, cash@foxnews.com, cavuto@foxnews.com, closingbell@cnbc.com, cycletrader@yahoogroups.com, enquiries@sandringhamestate.co.uk, executive-editor@nytimes.com, feedback@foxbusiness.com, huffpostbiz@gmail.com, kudlow@cnbc.com, letters@latimes.com, letters@usatoday.com, madmoney@cnbc.com, managing-editor@nytimes.com, marketbeat@wsj.com, me@glennbeck.com, news@ireland.anglican.org, news-tips@nytimes.com, nywireroom@dowjones.com, oreilly@foxnews.com, parsfortuna@yahoogroups.com, powerlunch@cnbc.com, press@royalcollection.org.uk, scoop@huffingtonpost.com, smallbiz@latimes.com, thetas-pendulum@googlegroups.com, webenquiries@cofscotland.org.uk, webmaster@churchofengland.org, wsj.ltrs@wsj.com
 Sent: Wed, Apr 18, 2012 12:56 PM MDT
 Subject: Fw: The Seals Are
 Opened

Dear Pope Benedict XVI,

3

In reference to the email below;

Kindly communicate to the people of Italy the tremendous investing opportunity in the summer of 2013 in the United States of America and also Europe where the 70 year cycle shows a bottom.  This is one of the greatest investing opportunities for people everywhere around the world to invest in the stock markets.

In honor, worship and in
following our holy savior, Jesus Christ that this is possible.

Kind
 Regards,
Nicholas D. Savino

----Forwarded Message----
 From: ndsavino@yahoo.com
 To: press@royalcollection.org.uk, webmaster@churchofengland.org,
webenquiries@cofscotland.org.uk, news@ireland.anglican.org,
enquiries@sandringhamestate.co.uk
 Cc: bizday@nytimes.com, bloomberg@bloomberg.net, bullsandbears@foxnews.com,
cash@foxnews.com, cavuto@foxnews.com, closingbell@cnbc.com,
cycletrader@yahoogroups.com, executive-editor@nytimes.com, feedback@foxbusiness.com,
huffpostbiz@gmail.com, kudlow@cnbc.com, letters@latimes.com, letters@usatoday.com,
madmoney@cnbc.com, managing-editor@nytimes.com, marketbeat@wsj.com,
me@glennbeck.com, news-tips@nytimes.com, nywireroom@dowjones.com,
oreilly@foxnews.com, ParsFortuna@yahoogroups.com, powerlunch@cnbc.com,
scoop@huffingtonpost.com, smallbiz@latimes.com, thetas-pendulum@googlegroups.com,
wsj.ltrs@wsj.com
 Sent: Wed, Apr 18, 2012 8:45 AM MDT
 Subject: Fw: The Seals Are Opened

Dear Buckingham Palace,

In reference to the email below;

Kindly communicate to the people of England, Ireland and Scotland the tremendous investing opportunity in the summer of 2013 in the United States of America where the 70 year cycle shows a bottom.  This is one of the greatest investing opportunities for people everywhere around the world to invest in America.

In honor, worship and in following our savior, Jesus Christ that this is possible.

4

Kind Regards,
Nicholas D. Savino

----- Forwarded Message -----
From: "Nicholas D. Savino ndsavino@yahoo.com
To: "oreilly@foxnews.com" <oreilly@foxnews.com>; "cavuto@foxnews.com"
<cavuto@foxnews.com>; "huffpostbiz@gmail.com" <huffpostbiz@gmail.com>;
"postnow@washpost.com" <postnow@washpost.com>; "letters@latimes.com"
<letters@latimes.com>; "news-tips@nytimes.com" <news-tips@nytimes.com>;
"nywireroom@dowjones.com" <nywireroom@dowjones.com>; "partners@daystar.com"
<partners@daystar.com>; "executive-editor@nytimes.com" <executive-editor@nytimes.com>;
"managing-editor@nytimes.com" <managing-editor@nytimes.com>; "kudlow@cnbc.com"
<kudlow@cnbc.com>; "closingbell@cnbc.com" <closingbell@cnbc.com>
Sent: Tuesday, April 10, 2012 7:42 PM
Subject: Fw: The Seals Are Opened


Dear Fox News, CNBC, LaTimes, NYTimes,
DayStar, DowJones, WashingtonPost and HuffingtonPost,

In honor of John writer of the book of Revelation,
In honor of the people of Israel,


   The number 70 is time and again stated in the Bible.  Please see attached 70 year cycle, in
17.5 year quarter cycle periods, for the entire history of the United States of America stock
market.  There will be a tremendous investing opportunity in the summer of 2013 in the United
States of
  America where the 70 year cycle shows a bottom.  This is one of the greatest investing
opportunities for
  people everywhere around the world to invest in
America.
   In honor, worship and in following our savior, Jesus Christ that this is possible.

Jesus Christ states;

Very truly, I tell you, the hour is coming, and is now here, when the dead will hear the voice of
the Son of God, and those who hear will live. For just as the Father has life in himself, so he has
granted the Son also to have life in himself; and he has given him authority to execute
judgment, because he is the Son of Man. Do not be astonished at this; for the hour is coming
when all who are in their graves will hear his voice and will come out-those who have done
good, to the resurrection of life, and those who have done evil, to the resurrection of
condemnation.

5

John 5.25-29

"The Scripture quotation contained herein are from the New Revised Standard Version bible,
copyright, 1989, by the Division of Christian
 Education of the National Council of the Churches
of Christ in the U.S.A. Used by permission. All rights reserved."

Kind Regards,
 Nicholas D. Savino

----- Forwarded Message -----
 From: Nicholas D. Savino ndsavino@yahoo.com
 To: "partners@daystar.com" <partners@daystar.com>
 Cc: "oreilly@foxnews.com" <oreilly@foxnews.com>; "cavuto@foxnews.com"
 <cavuto@foxnews.com>
 Sent: Friday, September 9, 2011 6:42 PM
 Subject: The Seals Are Opened


Dear Sir or Madam,
 In honor of John, writer of the book of Revelation of the Bible;
 the Seals are opened Team of Six Forces, THE HOLY SUN ABSOLUTE.

Please see via the link below the article containing the information contained in the Seals, to
give honour and to glorify our holy saviour, the one and only son of our creator, Jesus Christ.

http://www.timingsolution.com/TS/Articles/Nicholas_D_Savino/Octave_Vibration_Growth_Bey
ond_the_First_Octave_with_Duality_Rev_F.pdf

Kind Regards,
 Nick Savino




From: Nicholas Savino <ndsavino@msn.com>
Sent: Thursday, October 29, 2015 6:54 PM
To: askdoj@usdoj.gov
Subject: Illegal Manipulation of the SP500

Dear Attorney General Sir,

Please see attached Octave Vibration of SP500 and TSX, while the TSX is within the 50%.

Kind Regards,

6

Nicholas D. Savino

From: Nicholas Savino <ndsavino@msn.com>
Sent: Friday, December 2, 2016 8:34 PM
To: Nicholas Savino
Subject: United States Department of Justice - Domestic Terrorism

Dear Sir,

Please see msn 6 27 15 Domestic Terrorism evidence below stock market illegal manipulation in 2015, compare SP500 to the Canadian TSX.

msn 6 27 15 Domestic Terrorism
http://www.slideshare.net/ndsavino/msn-6-27-15-iodine-5th-seal

SP500 2013
http://www.slideshare.net/ndsavino/octave-vibration-growth-beyond-the-first-octave-with-duality-sp500-2009-to-2011-69722560

SP500 2015
http://www.slideshare.net/ndsavino/octave-vibration-growth-beyond-the-first-octave-with-duality-sp500-2009-to-2015-69722596

TSX 2013
http://www.slideshare.net/ndsavino/octave-vibration-growth-beyond-the-first-octave-with-duality-tsx-2011-to-2013

TSX 2015
http://www.slideshare.net/ndsavino/octave-vibration-growth-beyond-the-first-octave-with-duality-tsx-2011-to-2015-69722944

Kind Regards,
Nicholas D. Savino

From: Nicholas Savino <ndsavino@msn.com>
Sent: Thursday, January 12, 2017 8:28 AM
To: Nicholas Savino
Subject: FBI - msn Domestic Terrorism stock market illegal manipulation

7

Domestic Terrorism

Dear FBI,

Please see msn 6 27 15 Domestic Terrorism evidence below, and see the stock market illegal manipulation in 2013 and 2015 by comparing the SP500 to the Canadian TSX and tell the American people they are in danger.

msn 6 27 15 Domestic Terrorism
http://www.slideshare.net/ndsavino/msn-6-27-15-iodine-5th-seal-70504512

SP500 2013
http://www.slideshare.net/ndsavino/octave-vibration-growth-beyond-the-first-octave-with-duality-sp500-2009-to-2011-70504649

SP500 2015
http://www.slideshare.net/ndsavino/octave-vibration-growth-beyond-the-first-octave-with-duality-sp500-2009-to-2015-70504661

TSX 2013
http://www.slideshare.net/ndsavino/octave-vibration-growth-beyond-the-first-octave-with-duality-tsx-2009-to-2013

TSX 2015
http://www.slideshare.net/ndsavino/octave-vibration-growth-beyond-the-first-octave-with-duality-tsx-2011-to-2015-70504845

Kind Regards,
Nicholas D. Savino

From: ndsavino@msn.com
To: askdoj@usdoj.gov
Subject: Illegal Stock Market Manipulation - Jesus Christ Alpha and Omega, only son of God
Date: Sun, 28 Jun 2015 07:12:51 -0500

 Dear Attorney General Sir;

Please see attached msn 6 27 15 webpage and their making reference to Jesus Christ Alpha and Omega, only son of God. Please see Jesus Christ Alpha and Omega, only son of God as applied to the TSX and SP 500 and the intentional and malicious manipulation against the America people.

8

Meaning of Area 51, Jesus Christ Alpha and Omega, only son of God
http://www.slideshare.net/ndsavino/meaning-of-area51

Octave Vibration Growth Beyond the First Octave With Duality TSX, Jesus Christ Alpha and Omega, only son of God
http://www.slideshare.net/ndsavino/octave-vibration-growthbeyondthefirstoctavewithdualitytsxrevb?related=1

Octave Vibration Growth Beyond The First Octave With Duality SP500 2009 - 2011, Jesus Christ Alpha and Omega, only son of God
http://www.slideshare.net/ndsavino/octave-vibration-growth-beyond-the-first-octave-with-duality-sp500-2009-to-2011?related=3

Kind Regards,
Nicholas D. Savino

Exhibit #1

Statement of Claim
Place: Gentex, 324 N Main St, Carbondale, PA -  My house, 59 Burlington Street, Norwood, NJ
Date of occurrence: 1/1/12 - 4/1/15


FACTS:

I was on the phone with the FAA for a very long period of time reviewing the requirements for
passing my medical for my private pilot's license and after the phone call The New York Times
posted on their webpage a woman throwing a paper airplane down.

MSNBC ON April 1, 2015 illustrated on their webpage my work on the drop testing and use of
honeycomb aluminum cushioning material for military helmets at Gentex. Fox News on their
4/2/15 webpage responded to the MSNBC 4/1/15 webpage.




From: Nicholas Savino <ndsavino@msn.com>
Sent: Sunday, January 31, 2016 3:52 PM
To: askdoj@usdoj.gov
Subject: FW: Hacking by New York Times

Dear Sir,

Please see email to the New York Times and complaint to the United Nations.

I spent over $5,000.00 for my pilot's license which was denied, and now I want my money
returned to me.

Kind Regards,
Nicholas D. Savino

From: ndsavino@msn.com
To: news-tips@nytimes.com
Subject: FW: Hacking by New York Times
Date: Mon, 2 Nov 2015 10:42:08 -0600

Dear NY Times,

Please see complaint to the United Nations.

Kind Regards,

Nicholas D. Savino

From: ndsavino@msn.com
To: petitions@ohchr.org
Subject: Hacking by New York Times
Date: Sun, 1 Nov 2015 18:30:45 -0600

Dear Sir,

The New York Times in early 2013, after I had spoken with the FAA, posted a picture of a woman that resembled a Jodi Stern throwing a paper airplane down, can you please say was this in fact Jodi Stern and was my cell phone being hacked and my pilot license intentionally rejected?

Kind Regards,
NIcholas D. Savino

From: Nicholas Savino <ndsavino@msn.com>
Sent: Saturday, January 7, 2017 12:36 PM
To: Nicholas Savino
Subject: FBI - Domestic Psychological Terrorism

Dear FBI,

Please see email to the United States Department of Justice concerning being a victim of Domestic Psychological Warfare, also if requested I can send the remaining.

Kind Regards,
Nicholas D. Savino

From: Nicholas Savino <ndsavino@msn.com>
Sent: Monday, February 8, 2016 6:31 AM
To: askdoj@usdoj.gov
Subject: FW: Fox News 3/4/15

Dear Sir,

Please see email's below, am I a victim of domestic psychological terrorist warfare?

Kind Regards,
Nicholas D. Savino

2

From: ndsavino@msn.com
To: contact.webmaster@email.canalplus.fr
Subject: FW: Fox News 3/4/15
Date: Sat, 18 Apr 2015 15:31:15 -0500

Dear Le Petit Journal;

Can you please say, am I a victim of domestic psychological terrorist warfare?

Kind Regards,
Nicholas D. Savino

From: ndsavino@msn.com
To: editorial@nytimes.com; public@nytimes.com
CC: press@tytnetwork.com; feedback@tytnetwork.com
Subject: FW: Fox News 3/4/15
Date: Sat, 4 Apr 2015 09:10:07 -0500

Dear NYTimes;

Can you please tell the TYT and people of America that in addition to illegally hacking my telephone and illegally hacking my computer since my release from prison, that you were illegally hacking my telephone and illegally hacking my computer during my work at Gentex?

Kind Regards,
Nicholas D. Savino

4/1/15























